**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-6093**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CARL REYNOLDS, a/k/a Neal, a/k/a Jermaine
Azore, a/k/a Karl Reynolds,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  Elizabeth V. Hallanan,
Senior District Judge.  (CR-95-71, CA-98-381-5)

───────────

Submitted:  June 22, 1999          Decided:  August 6, 1999

───────────

Before HAMILTON, MICHAEL, and MOTZ, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Carl Reynolds, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE
UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carl Reynolds seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  <u>See</u> <u>United States v. Reynolds</u>, Nos. CR-95-71; CA-98-381-5 (S.D.W. Va. Jan. 12, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

<u>DISMISSED</u>